UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUFUS PHELPS,

    Defendant.

Case No. MJ18-131

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

(1) Defendant appears before the Court on a Rule 5 warrant emanating from the District of Mexico for supervised release violations. The Court received information about defendant's personal history, residence, family, community ties, employment history, financial status, health and substance use. The defendant through his attorney made argument as to release and lodged objections to the contents of the United States Probation and Pretrial report.

DETENTION ORDER - 1

It is therefore **ORDERED**:

(1) Defendant shall be detained pending further adjudication;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 28th day of March, 2018.

PAULA L. MCCANDLIS
United States Magistrate Judge